**FILED**

MAR - 6 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Kareemah Bell-Boston, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **09 0437** |
| | ) | |
| Safeway, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint.

The complaint alleges that the plaintiff dropped a sheet cake in a Safeway store located in the District of Columbia (Compl. at 1), and was subsequently barred from the store for a year (*id.* at 2). Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States, *see* 28 U.S.C. § 1331, and in civil actions in matters where the controversy exceeds $75,000 and is between citizens of different states, *see* 28 U.S.C. §1332(a). Here, however, the complaint does not explicitly identify a basis for this Court's jurisdiction, identify a claim arising under the laws of the United States, or otherwise provide sufficient information for the Court to discern a basis for its jurisdiction. Accordingly, the Court will dismiss the complaint without prejudice for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: 2/16/09

_Ellen S Huck_
United States District Judge

(N)

3